UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARKAS BRIAN WASHINGTON,

     Plaintiff,

vs.                          Case No.:  3:22cv4790/MCR/ZCB

ESCAMBIA COUNTY BOARD OF
COMMISSIONERS,

     Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on September 23, 2022.  (Doc. 12).  The Court attempted to furnish the Plaintiff a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff's mailed copy has been returned as undeliverable and Plaintiff has not filed a notice of address change with the Court. No objections have been timely filed.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (Doc. 12) is adopted and incorporated by reference in this order.

2.     This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

3.     The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 8th day of December 2022.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**